1 | Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
2 | **Perkins Coie LLP**
3 | 3150 Porter Drive
Palo Alto, CA 94304
4 | Telephone: (650) 838-4300
Facsimile: (650) 838-4350
5 |
6 | Joseph M. McMillan, WA Bar No. 26527
(*pro hac vice* to follow)
E-mail: JMcMillan@perkinscoie.com
7 | **Perkins Coie LLP**
8 | 1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
9 | Telephone: (206) 359-8000
Facsimile: (206) 359-9000
10 |
Attorneys for Plaintiff
11 | craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIGSLIST, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ERIC WALKER, a Colorado resident; WALKER MARKETING LLC, a Colorado limited liability company; JOHN DOE d/b/a www.3monthpvas.com; JOHN DOE d/b/a www.craigslist-verifiedaccounts.com; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. CV 11-3565 NC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: July 21, 2011

**PERKINS COIE LLP**

By: _____*/s/ Brian Hennessy*_____
Brian Hennessy (SBN 226721)
BHennessy@perkinscoie.com
Joseph M. McMillan, WA Bar No. 26527
(*pro hac vice* to follow)
E-mail: JMcMillan@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

---

40753-0043/LEGAL21367910.1   -1-   DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE, CASE NO. CV 11-3565 NC