Brian P. Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Joseph M. McMillan, WA Bar No. 26527
E-mail: JMcMillan@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Plaintiff
craigslist, Inc.

RECEIVED 2011 AUG -9 P 1:14 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIGSLIST, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC WALKER, a Colorado resident; WALKER MARKETING LLC, a Colorado limited liability company; JOHN DOE d/b/a www.3monthpvas.com; JOHN DOE d/b/a www.craigslist-verifiedaccounts.com; and DOES 1 through 25, inclusive,<br><br>　　　　　　Defendants. | Case No. C 11-03565 JSW<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Joseph M. McMillan, an active member in good standing of the bar of the State of Washington whose business address and telephone number is 1201 Third Avenue, Suite 4800, Seattle, Washington 98101-3099, (206) 359-8000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing craigslist, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 11, 2011

_____
Honorable Jeffrey S. White
United States District Court Judge

40753-0043/LEGAL21468844.1

-1-

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*, CASE NO. C-11-3565 JSW