Joseph M. McMillan, WA Bar No. 26527 (admitted *pro hac vice*)
E-mail: JMcMillan@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:  (650) 838-4300
Facsimile:  (650) 838-4350

Attorneys for Plaintiff
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIGSLIST, INC., a Delaware corporation,<br><br>                      Plaintiff,<br><br>    v.<br><br>ERIC WALKER, a Colorado resident; WALKER MARKETING LLC, a Colorado limited liability company; JOHN DOE d/b/a www.3monthpvas.com; JOHN DOE d/b/a www.craigslist-verifiedaccounts.com; and DOES 1 through 25, inclusive,<br><br>                      Defendant. | **Case No.** CV-11-03565 JSW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>**Date:**     October 28, 2011<br>**Time:**     1:30 p.m.<br>**Dept.:**    Courtroom 11, 19th Floor<br>**Before:**   Honorable Jeffrey S. White |

WHEREAS, the Case Management Conference is currently set for October 28, 2011 at 1:30 p.m. and the parties' Joint Case Management Statement and Rule 26(f) Report are due October 21, 2011; and

WHEREAS, pursuant to stipulation, the parties have cooperated in discovery efforts to investigate the relevant facts and issues in the case; and

WHEREAS, the parties have stipulated to a private ADR process (Dkt. #22) and have requested the Court enter an order setting a deadline of July 31, 2012, for that ADR session; and

WHEREAS, the parties are currently making progress toward the complete resolution of the case through productive settlement discussions, and believe they can settle the case without the need for costly litigation or significant expenditure of judicial resources; and

WHEREAS, the parties believe it most efficient to continue the Case Management Conference until January 27, 2012, so they can finalize a written settlement agreement and thereafter file papers to fully resolve this litigation;

NOW, THEREFORE, subject to the Court's approval, the parties Stipulate and Agree as follows:

1. The Case Management Conference should be continued from October 28, 2011, at 1:30 p.m., to January 27, 2012, at 1:30 p.m.; and

2. The corresponding deadline to file the Joint Case Management Statement, Rule 26(f) Report, and serve initial disclosures should be continued to January 20, 2012.

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October 14, 2011 | **PERKINS COIE LLP** |
| 3 | | By: /s/ Joseph M. McMillan |
| 4 | | Joseph M. McMillan, WA Bar No. 26527 (admitted *pro hac vice*) |
| 5 | | JMcMillan @perkinscoie.com |
| 6 | | Attorneys for Plaintiff craigslist, Inc. |

DATED: October 14, 2011     **WESSELS & ARSENAULT LLC**

By: /s/ John Arsenault
   John Arsenault (CO Bar No. 41327)
   John.Arsenault@frontrangelegalservices.com

Attorneys for Defendants
Eric Walker and Walker Marketing LLC

I, Joseph M. McMillan, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: October 14, 2011     **PERKINS COIE LLP**

By: /s/ Joseph M. McMillan
   Joseph M. McMillan, WA Bar No. 26527
   (admitted *pro hac vice*)
   JMcMillan @perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

**[PROPOSED] ORDER**

**PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS ORDERED THAT**:

1. The Case Management Conference is continued from October 28, 2011, at 1:30 p.m., to ~~January 27, 2012~~, February 3, 2012 at 1:30 p.m.;

2. The deadline to file the Joint Case Management Statement, Rule 26(f) Report, and serve initial disclosures is ~~January 20, 2012.~~ January 27, 2012.

Dated: October 27, 2011    _/s/ Jeffrey S. White_

Honorable Jeffrey S. White