1 | Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
2 | Daniel Lassen (SBN 271446)
E-mail: DanLassen@perkinscoie.com
3 | **Perkins Coie LLP**
3150 Porter Drive
4 | Palo Alto, CA 94304-1212
Telephone: (650) 838-4300
5 | Facsimile: (650) 838-4350

6 | Attorneys for Plaintiff
craigslist, Inc.
7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11

12 | CRAIGSLIST, INC., a Delaware corporation,

**Case No.** CV-11-03565 JSW

13 | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

14 | Plaintiff,

15 | v.

**Date:** February 3, 2012
**Time:** 1:30 p.m.
**Dept.:** Courtroom 11, 19th Floor
**Before:** Honorable Jeffrey S. White

16 | ERIC WALKER, a Colorado resident; WALKER MARKETING LLC, a Colorado limited liability company; JOHN DOE d/b/a www.3monthpvas.com; JOHN DOE d/b/a www.craigslist-verifiedaccounts.com; and DOES 1 through 25, inclusive,

19 | Defendant.

28 | Case No. CV 11-03565 JSW

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

WHEREAS, the Case Management Conference is currently set for February 3, 2012 at 1:30 p.m. and the parties' Joint Case Management Statement and Rule 26(f) Report are due January 27, 2012; and

WHEREAS, pursuant to stipulation, the parties have cooperated in discovery efforts to investigate the relevant facts and issues in the case; and

WHEREAS, the parties have stipulated to a private ADR process (Dkt. #22) and the Court has entered an order setting a deadline of July 31, 2012 for that ADR session (Dkt. #23); and

WHEREAS, the parties are currently making progress towards a resolution of the case, and wish to avoid unnecessary litigation and expenditure of judicial resources; and

WHEREAS, the parties stipulate to continue the Case Management Conference until April 6, 2012, so they can continue their settlement negotiations;

NOW, THEREFORE, subject to the Court's approval, the parties stipulate as follows:

1. The Case Management Conference should be continued from February 3, 2012, at 1:30 p.m., to April 6, 2012, at 1:30 p.m.; and

2. The corresponding deadline to file the Joint Case Management Statement, Rule 26(f) Report, and serve initial disclosures should be continued to March 30, 2012.

DATED: January 10, 2012            **PERKINS COIE LLP**

By: /s/ Brian Hennessy
Brian Hennessy (SBN 226721)
BHennessy@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

2                      Case No. CV 11-03565 JSW

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: January 10, 2012 | **WESSELS & ARSENAULT LLC** |
| 3 | | By: /s/ John Arsenault |
| 4 | | John Arsenault (CO Bar No. 41327)<br>John.Arsenault@frontrangelegalservices.com |
| 5 | | Attorneys for Defendants<br>Eric Walker and Walker Marketing LLC |

I, Brian Hennessy, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: January 10, 2012        **PERKINS COIE LLP**

By: /s/ Brian Hennessy
    Brian Hennessy (SBN 226721)
    BHennessy@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

**[PROPOSED] ORDER**

**PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS ORDERED THAT**:

1. The Case Management Conference is continued from February 3, 2012, at 1:30 p.m., to April 6, 2012, at 1:30 p.m.;

2. The deadline to file the Joint Case Management Statement, Rule 26(f) Report, and serve initial disclosures is March 30, 2012.

Dated: January 30, 2012    _____

Honorable Jeffrey S. White

4                              Case No. CV 11-03565 JSW

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER