Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
Daniel Lassen (SBN 271446)
E-mail: DanLassen@perkinscoie.com
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Attorneys for Plaintiff
 craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation, | **Case No. CV-11-03565 (JSW)** |
| Plaintiff, | **FINAL JUDGMENT ON CONSENT** |
| v. | |
| ERIC WALKER, a Colorado resident; WALKER MARKETING LLC, a Colorado limited liability company; JOHN DOE d/b/a www.3monthpvas.com; JOHN DOE d/b/a www.craigslist-verifiedaccounts.com; and DOES 1 through 25, inclusive, | |
| Defendants. | |

### I. CONFESSION OF JUDGMENT

Defendants Eric Walker and Walker Marketing LLC (collectively "Defendants") confess, consent and stipulate to judgment in favor of plaintiff craigslist, Inc. ("craigslist") and authorize the Court to enter judgment granting monetary and permanent injunctive relief in favor of craigslist as set forth below. This Final Judgment on Consent ("Consent Judgment") arises out of craigslist's assertion of claims and damages caused by Defendants' development, utilization and sale of products and services to access and use craigslist's website and online resources (collectively, the "Services") without authorization or in excess of authorization, including, but

1  not limited to, posting content on behalf of third parties, selling and creating craigslist telephone-
2  verified accounts, buying telephone numbers and IP proxies for the purpose of verifying craigslist
3  accounts, and the parties' agreement to settle craigslist's claims (the "Settlement Agreement").
4  The terms of the Settlement Agreement are incorporated herein by reference in their entirety.
5  This Final Judgment on Consent does not alter or supersede the obligations of any parties
6  pursuant to that Settlement Agreement.

7  In accordance with the Settlement Agreement, Defendants confess, consent and stipulate
8  to judgment as follows:

9  1. Defendants consent to this Court's jurisdiction over the subject matter at issue in
10 this action.

11 2. Defendants consent to this Court's personal jurisdiction for the purposes of entry
12 and enforcement of this Final Judgment on Consent and enforcement of the Settlement
13 Agreement.

14 3. Defendants consent to entry of judgment for monetary relief against Defendants
15 and in favor of craigslist in the total amount of Three Million Dollars ($3,000,000).

16 4. Defendants consent to entry of judgment for permanent injunctive relief against
17 Defendants and in favor of craigslist immediately and permanently and forever enjoining
18 Defendants, and their successors, assigns, employees, agents, representatives and all persons and
19 entities acting in concert or participation with them who receive actual notice of this Final
20 Judgment on Consent by personal service or otherwise, from:

21 (a) Posting content to the craigslist website on behalf of others, causing content to be
22 so posted, or accessing the craigslist website and service to post or facilitate posting content on
23 behalf of others, and from inducing, encouraging, causing, assisting, aiding, abetting or materially
24 contributing to any other person or entity doing the same;

25 (b) Repeatedly posting the same or similar content on craigslist, posting the same item
26 or service in more than one category on craigslist, posting the same item or service in more than
27 one geographic area on craigslist, and from inducing, encouraging, causing, assisting, aiding,
28 abetting or materially contributing to any other person or entity doing the same;

1        (c)    Circumventing technological measures that control access to craigslist's
2  copyrighted website and/or portions thereof, or that protect craigslist's rights as copyright owner
3  (including, but not limited to, CAPTCHAS, telephone verification of accounts, and technological
4  tools employed to enforce posting limits per individual account, email address and IP address),
5  and from inducing, encouraging, causing, assisting, aiding, abetting or materially contributing to
6  any other person or entity doing the same;

7        (d)    Manufacturing, developing, creating, adapting, modifying, exchanging, offering,
8  selling, distributing, providing, importing, trafficking in, or using technology, products, services,
9  devices, components, or parts thereof, that are primarily designed or produced for the purpose of
10 circumventing technological measures that control access to, or provide protection for, craigslist's
11 copyrighted website and/or portions thereof, including but not limited to craigslist telephone-
12 verified accounts and auto-posting computer software, and from inducing, encouraging, causing,
13 assisting, aiding, abetting or materially contributing to any other person or entity doing the same;

14       (e)    Accessing or attempting to access craigslist's computers, computer systems,
15 computer network, computer programs, and data, without authorization or in excess of authorized
16 access as conditioned by the craigslist Terms of Use ("TOU"), including, but not limited to,
17 creating accounts or posting content on the craigslist website in a manner that violates the
18 craigslist TOU, and from inducing, encouraging, causing, assisting, aiding, abetting or materially
19 contributing to any other person or entity doing the same;

20       (f)    Misusing or abusing craigslist, the craigslist website and craigslist services in any
21 way prohibited by the craigslist TOU;

22       (g)    Accessing or using craigslist website for any commercial purpose whatsoever;

23       (h)    Using the CRAIGSLIST mark and any confusingly similar designations in Internet
24 advertisements, domain names, or otherwise in commerce in any manner likely to confuse
25 consumers as to their association, affiliation, endorsement or sponsorship with or by craigslist;
26 and

27       (i)    Copying or reproducing craigslist's copyrighted material, including but not limited
28 to, the www.craigslist.org homepage or portions thereof.

1    5.     Defendants agree and stipulate that this Final Judgment on Consent is final and
may not be appealed by any party.

IT IS SO AGREED.

Dated: 4-2, 2012

PERKINS COIE LLP

By _____
Attorneys for Plaintiff
craigslist, Inc.

Dated: April 2, 2012

craigslist, Inc.

By _____
Jim Buckmaster
Its Chief Executive Officer

Dated: 29 Mar, 2012

WESSELS & ARSENAULT LLC

By _____
John Arsenault (CO Bar No. 41327)
Attorneys for Defendants
Eric Walker and Walker Marketing LLC

Dated: 29 Mar, 2012

Eric Walker

By _____

Dated: 29 Mar, 2012

Walker Marketing LLC

By _____

II.  **FINAL JUDGMENT**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 4, 2012

_____
HONORABLE JEFFREY S. WHITE

-5-                                          FINAL JUDGMENT ON CONSENT